**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6330**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

CHARLES WAYNE LOGAN,

          Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:19-cr-00076-1)

Submitted:  August 5, 2021                    Decided:  August 18, 2021

Before MOTZ, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Wayne Logan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Wayne Logan appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Logan*, No. 3:19-cr-00076-1 (S.D.W. Va. Feb. 17, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
